UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-CR-60101-RS

UNITED STATES OF AMERICA

v.

MICHAEL ASSENZA,
   a/k/a Michael Grimaldi

    Defendant.
_____/

**NOTICE OF NON-OBJECTION TO
UNOPPOSED MOTION TO CONTINUE TRIAL [ECF NO. 94]**

Defendant, MICHAEL ASSENZA, through undersigned counsel, files this Notice of Non-Objection to Defendant Paul Geraci's Unopposed Motion to Continue trial until after April 11, 2022. [ECF No. 94]. The additional time would allow for continued review of discovery, which is voluminous.

          Respectfully submitted,

          The Law Offices of Guy A. Lewis PLLC
          12575 SW 67th Avenue
          Pinecrest, Florida 33156
          Telephone: (305) 442-1101

By:  */s/ Guy A. Lewis*
      GUY A. LEWIS
      Fla. Bar No. 623740
      lewis@lewistein.com
      JEFFREY M. FORMAN
      Fla. Bar No. 105135
      jforman@lewistein.com

CASE NO. 21-CR-60101-RS

-2-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 16, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                    */s/ Guy A. Lewis*
                    GUY A. LEWIS